UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 22-23731-CIV-MARTINEZ**

YISSACHER RUBASHKIN, on behalf
of herself and all other similarly situated
consumers,

    Plaintiffs,

v.

UNITED COLLECTION BUREAU,
INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice, (ECF No. 21). It is hereby:

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of July, 2023.

                                              _____
                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record